

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-81,622-03

### IN RE DAVID JACKSON, Relator

### ON APPLICATION FOR A WRIT OF MANDAMUS
### CAUSE NO. 1214981D IN THE 371ST DISTRICT COURT
### FROM TARRANT COUNTY

*Per curiam.*

### O R D E R

Relator has filed a motion for leave to file an application for a writ of mandamus pursuant to the original jurisdiction of this Court. In it, he contends that he sent a letter to the Tarrant County District Attorney's Office, requested evidence that was admitted at his trial, and received a response that a governmental body does not have to comply with a request for information from an individual who is imprisoned or confined in a correctional facility. *See* TEX. GOV'T CODE § 552.028(a). Relator now urges this Court to order the District Attorney's Office to send him the evidence he requested.

Relator may purchase this evidence, if available and otherwise subject to disclosure, from the Tarrant County District Clerk. *See In re Bonilla*, 424 S.W.3d 528, 534 (Tex. Crim. App. 2014)

("A district clerk must provide information to an imprisoned or confined individual or his agent about the amount it would cost to obtain trial and appellate transcripts so that the individual may then pay for them and use them to pursue an application for a writ of habeas corpus"). Accordingly, we deny leave to file this application for a writ of mandamus.

Filed: February 24, 2016
Do not publish